74,264 03,04

Abel Acosta, Clerk .                    11-25-15

I received an Official Notice From Court of Criminal
Appeals of Texas P.O. Box 1238, Capitol Station, Austin
Texas 78711

On 9-9-2015 to advise that the Court has denied
without written order the application for writ of
habeas corpus.
Carabajal, Fernando Tr. Ct. No. 06-05-4271-CR
WR-74,264-03 and Tr. Ct. No. 06-05-4272-CR
WR-74,264-04

For a subsequent application for writ of habeas
Corpus. Art. 11.07, § 4
This is not sufficient information as to way
it was denied without written order,

Need information as to way it was denied.

Fernando Carabajal TDC #1489361
Connally Unit
899 FM 632
Kenedy, Tx 78119

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 3 0 2015

Abel Acosta, Clerk